*E-Filed 8/12/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THIRD WATCH, et al.,<br><br>　　　　Defendants. | No. C 14-3197 RS (PR)<br><br>**ORDER OF DISMISSAL;**<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by a state prisoner proceeding pro se. Plaintiff claims that he has not received his shaving razors on some days. It is clear that such claims are frivolous and that relief could not be granted under any set of facts that could be proved consistent with the allegations. *Hishon v. King & Spaulding*, 467 U.S. 69, 73 (1984). The claims are DISMISSED with prejudice. Plaintiff's application for leave to proceed *in forma pauperis* (Docket No. 3) is DENIED because the action is frivolous. *Tripati v. First Nat. Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). The Clerk shall terminate Docket No. 3, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: August 11, 2014

　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　United States District Judge